Dear Court of Criminal Appeals,  79,989-01,02,03

04

I have filed several Writts along with my #2254. Would like to know status please.

Thank you
James Steven Corley
# 1723438
Clements Unit
9601 Spur 591
Amarillo, TX

79107

RECEIVED IN
COURT OF CRIMINAL APPEALS

NOV 30 2015

Abel Acosta, Clerk

Last Writt
Dated filed
by Montgomery County
(11-21-14)
Cause # 10-08-09318-CR (4)

I also had requested permission to file a new Direct Appeal based on Newly discovered evidence. Never heard answer also.

Thank you
God Bless

I don't belong here been here over 5 yrs. now in custody.

Jim Corley



OFFENDER NAME: Corley, James

HOUSING LOCATION: 19 Y 112

TDCJ-ID #: 1223438